**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

07 CIV 9693

| | |
|---|---|
| AURIGA LABORATORIES, INC., | Plaintiff, |
| -v- | |
| LABORATOIRES CARILÈNE S.A.S., | Defendant. |

Case No. _____

Rule 7.1 Statement



Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

AURIGA LABORATORIES, INC.   (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

```
THERE ARE NO PUBLICLY HELD PARENTS, AFFILIATES
AND/OR SUBSIDIARIES OF AURIGA LABORATORIES, INC.
```

Date: OCTOBER 31, 2007

Signature of Attorney

Attorney Bar Code: CR 5058

Form Rule7_1.pdf  SDNY Web 10/2007