UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------- x

AURIGA LABORATORIES, INC.,

           Plaintiff,

- against -

LABORATOIRES CARILÈNE S.A.S.,

           Defendant.

------------------------- x

No. 07-9696

ECF CASE

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Notice is hereby given that, pursuant to Rule 41(a)(1)(i), FED. R. CIV. P., Plaintiff Auriga Laboratories, Inc., hereby voluntarily dismisses this entire action against Laboratoires Carilène S.A.S., without prejudice. This notice of dismissal is being filed before the defendant has filed an answer or summary judgment motion.

November 9, 2007

Respectfully submitted,

FROMMER LAWRENCE & HAUG LLP

        /s/
Charles J. Raubicheck (CR 5058)
David A. Zwally (DZ 2662)
745 Fifth Avenue
New York, New York 10151
(212) 588-0800

*Attorneys for Plaintiff
Auriga Laboratories, Inc.*