**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

DEC 1 8 2007

- - - - - - - - - - - - - - - - - - - - - - - - x

AURIGA LABORATORIES, INC.,

      Plaintiff,

      - against -

LABORATOIRES CARILÈNE S.A.S.,

      Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - x

No. 07-9696 3

**ECF CASE**

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Notice is hereby given that, pursuant to Rule 41(a)(1)(i), FED. R. CIV. P., Plaintiff Auriga

Laboratories, Inc., hereby voluntarily dismisses this entire action against Laboratoires Carilène

S.A.S., without prejudice.  This notice of dismissal is being filed before the defendant has filed

an answer or summary judgment motion.

November 9, 2007

Respectfully submitted,

FROMMER LAWRENCE & HAUG LLP

_____/s/_____
Charles J. Raubicheck (CR 5058)
David A. Zwally (DZ 2662)
745 Fifth Avenue
New York, New York 10151
(212) 588-0800

*Attorneys for Plaintiff*
*Auriga Laboratories, Inc.*

The Clerk of the Court is directed
to mark this case closed.

SO ORDERED:

_____
WILLIAM H. PAULEY III U.S.D.J.

12/18/2007